# AFP® Annual Conference

November 6-9, 2011
Boston

Original /
Essential /
Unbiased /
**Information**

Association for Financial Professionals®



THE
**Most Important Event**
FOR TREASURY AND FINANCE

>> Register by September 30 to save $200
www.AFPConference.org

## CONTENTS

| | |
|---|---|
| Conference Task Force | 2 |
| Featured Speakers | 3-4 |
| Pre-Conference Programs | 5-6 |
| Continuing Education Credits | 8 |
| Follow AFP Annual Conference | 9 |
| Team Pricing | 11 |
| Conference Planner | 22 |

Educational Sessions
| | |
|---|---|
| Bank Relationship Management | 7-8 |
| Career Development | 9 |
| Corporate Finance and Capital Markets | 10-11 |
| Financial Planning and Analysis | 12 |
| Global Treasury and Finance | 13-14 |
| Governance, Accounting and Compliance | 15 |
| Payments | 16-19 |
| Pension and Benefits | 20 |
| Risk Management | 21-22 |
| Treasury Management and Operations | 23-25 |

| | |
|---|---|
| Executive Institute | 26-27 |
| Connect with Your Colleagues | 28 |
| Exhibitors and Sponsors | 29-30 |
| Hotel Accommodations | 31 |
| About Boston | 32 |
| Registration Information | 32 |
| Registration Form | 33-34 |

AFP, Association for Financial Professionals and the AFP logo are registered trademarks of the Association for Financial Professionals. ©7/11