UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALL STREET SYSTEMS (AMERICAS), INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY PERSON, )<br>)<br>Defendant. )<br>) | C.A. NO. 1:11-CV-11876-JLT |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, Wall Street Systems (Americas), Inc., hereby dismisses this action against the Defendant without prejudice.

WALL STREET SYSTEMS (AMERICAS), INC.

By its attorneys,

/s/ Susan J. Baronoff_____
Susan J. Baronoff - BBO 030200
sbaronoff@murthalaw.com
Murtha Cullina LLP
99 High Street
Boston, MA 02110
Telephone:  617.457.4031
Facsimile:  617.210.7031

Barry J. Waters  - BBO 645595
bwaters@murthalaw.com
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510
Telephone:  203.772.7719
Facsimile:  203.772.7723

Dated:  November 3, 2011

CERTIFICATE OF SERVICE

I, Susan J. Baronoff, do hereby certify that on this 3rd day of November, 2011, I filed the foregoing document through the ECF system, which will cause the document to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including the following:

Tara M. Swartz, Esq.
Swartz Law, LLC
77 Franklin Street, 3rd Floor
Boston, MA 02110

In addition, I served the foregoing document on the individuals below by electronic mail and by first class mail, postage prepaid:

William H. Kaiser, Esq. (kaiserw@ksmlaw.com)
Kaiser Saurborn & Mair, P.C.
111 Broadway
New York, NY 10006

/s/ Susan J. Baronoff
Susan J. Baronoff